1

UNITED STATES, Appellant, v. 419 BARRELS, More or Less, OF MALT BEVERAGE Contained in Barrels and Vats, etc., Whereof John Hohenadel Brewing Co. is Claimant, Appellee.

(Circuit Court of Appeals, Third Circuit. February 11, 1926.).

No. 3405.

Appeal from the District Court of the United States for the Eastern District of Pennsylvania; Dickinson, Judge.

Francis B. Biddle, Asst. U. S. Atty., and George W. Coles, U. S. Atty., both of Philadelphia, Pa., for the United States.

William A. Carr and Sidney L. Krauss, both of Philadelphia, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. This is one of a group of cases ruled by the decision of this court in Daeufer-Lieberman Brewing Company v. United States, 8 F.(2d) 1. In accordance with the law of that case, the appeal is dismissed.

2

UNITED STATES, Appellant, v. JOHN F. BETZ & SON, Limited, Claimant of 27 Tanks of Beer, etc., Appellee.

(Circuit Court of Appeals, Third Circuit. February 11, 1926.)

No. 3410.

Appeal from the District Court of the United States for the Eastern District of Pennsylvania; Dickinson, Judge.

Francis B. Biddle, of Philadelphia, Pa., for the United States.

William A. Gray, of Philadelphia, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. This case is ruled by the law of Daeufer-Lieberman Brewing Co. v. United States (C. C. A.) 8 F.(2d) 1. Accordingly the appeal is dismissed.

3

JOHN F. BETZ & SON, Limited, Claimant of 27 Tanks of Beer, etc., Appellant, v. UNITED STATES, Appellee.

(Circuit Court of Appeals, Third Circuit. February 11, 1926.)

No. 3409.

Appeal from the District Court of the United States for the Eastern District of Pennsylvania; Dickinson, Judge.

William A. Gray and Walter Willard, both of Philadelphia, Pa., for appellant.

Francis B. Biddle, Asst. U. S. Atty., and George W. Coles, U. S. Atty., both of Philadelphia, Pa.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. There is not enough in this case to distinguish it from Daeufer-Lieberman Brewing Co. v. United States (C. C. A.) 8 F.(2d) 1. As it is ruled by the law of the latter case, the decree of the District Court is reversed.